# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES,<br><br>  Plaintiffs<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CONTRA COSTA COUNTY, SERGEANT DION MCDONNELL, DEPUTY SHERIFF JAMES BOSWELL and DOES 1-25, inclusive.<br><br>  Defendants. | No. C14-00733 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS**<br><br>[Civil L.R. 6-2, 7-12, 16-2(e)]<br><br>Crtrm: A, 15th Floor<br>Judge: Hon. Nathanael Presiding<br>Date Action Filed: February 18, 2014<br>Trial Date: None Assigned |

## STIPULATION

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(e), Plaintiff TRAVIS JONES, by and through his attorney of record, Kenneth Frucht of the Geonetta & Frucht, LLP law firm, defendant CONTRA COSTA COUNTY and JAMES BOSWELL, by and through their attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office, hereby stipulate that the due-date for Plaintiff's opposition to Defendants' motion to dismiss, which was due on July 16, 2014, be extended to July 17, 2014, and that the due date for Defendants' reply, currently due on July 23, 2014, be extended to July 24, 2014.

---

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY BRIEFS – Case No. C14-00733 NC

1

Good cause exists for this brief extension. Plaintiff's counsel mistakenly calendared the due date for his opposition for July 17, 2014, and did not discovery the mistake until he looked on the docket of the Court's website at 8:30 on the evening of July 16, 2014. Plaintiff's counsel immediately wrote to Defendants' counsel and requested a stipulation to extend the deadline by one day, and also agreed to stipulate to a one day extension of the deadline for the reply brief.

The parties have previously stipulated to a continuance of the initial case management conference. No prejudice will result to any party as a result of the extension of the briefing deadlines, and it is unlikely that it would effect the hearing date of August 27, 2014 for Defendants' motion to dismiss.

**SO STIPULATED.**

DATED: July 17, 2014   GEONETTA & FRUCHT, LLP

By: /s/
KENNETH FRUCHT
Attorneys for Plaintiff
TRAVIS JONES

DATED: July 17, 2014   SHARON L. ANDERSON, County Counsel

By: /s/
NIMA E. SOHI
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY
and JAMES BOSWELL

# [~~PROPOSED~~] ORDER

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby ORDERS that the deadline for Plaintiff to file an opposition to the Defendants' motion to be dismiss be extended to July 17, 2014, and the deadline for Defendants to file a reply is extended to July 24, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 17, 2014

APPROVED
Judge Nathanael M. Cousins

HON. NATHANAEL M. COUSINS
United States Magistrate Judge