Kenneth N. Frucht (SBN 178881)
Frederick J. Geonetta (SBN 114824)
GEONETTA & FRUCHT, LLP
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 433-4589
Fax: (415) 392-7973
*Attorneys for Plaintiff Travis Jones*

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES,<br><br>    Plaintiffs<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, CONTRA COSTA COUNTY, SERGEANT DION MCDONNELL, DEPUTY SHERIFF JAMES BOSWELL and DOES 1-25, inclusive.<br><br>    Defendants. | No. C14-00733 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Civil L.R. 6-2, 7-12, 16-2(e)]<br><br>Crtrm: A, 15th Floor<br>Judge: Hon. Nathanael Presiding<br>Date Action Filed: February 18, 2014<br>Trial Date: None Assigned |

### STIPULATION

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(e), Plaintiff TRAVIS JONES, by and through his attorney of record, Kenneth Frucht of Geonetta & Frucht LLP, Defendants CONTRA COSTA COUNTY and JAMES BOSWELL, by and through their attorney of record, Deputy County Counsel Nima E. Sohi of the Contra Costa County Counsel's Office (the "Contra Costa Defendants"), and Defendants CITY AND COUNTY of SAN FRANCISCO AND SERGEANT DION MCDONNELL, by and through their attorney of record, Deputy City Attorney James F. Hannawalt of the San Francisco City Attorney's Office (the "San Francisco Defendants"), hereby stipulate that the initial Case Management Conference ("CMC") currently scheduled to take place on July 30, 2014 at 10:00

1  a.m., be continued to September 10, 2014 at 10:00 a.m.

2      Good cause exists to continue the date of the initial CMC, including preparing the Joint CMC Statement and Proposed Order per Civil Local Rule 16-9, and other associated deadlines, because the Contra Costa Defendants and the San Francisco Defendants have all filed motions to dismiss, and these motions are set to be heard on August 27, 2014.  The resolution of the motions to dismiss may narrow the issues in this case, which would effect the preparation of the Joint CMC Statement and Proposed Order, and the continuance would allow the parties sufficient time before the CMC to submit to the Court a Joint CMC Statement.  The parties have previously stipulated to a continuance of the initial case management conference pending Plaintiff's filing of an amended complaint.  No prejudice will result to any party as a result of a continuance of the CMC.

**SO STIPULATED.**

DATED: July 21, 2014        GEONETTA & FRUCHT, LLP

                                      By:  /s/
                                              KENNETH FRUCHT
                                              Attorneys for Plaintiff
                                              TRAVIS JONES

DATED: July 21, 2014        SHARON L. ANDERSON, County Counsel

                                      By:  /s/
                                              NIMA E. SOHI
                                              Deputy County Counsel
                                              Attorneys for Defendants
                                              CONTRA COSTA COUNTY
                                              and JAMES BOSWELL

DATED: July 21, 2014        DENNIS J. HERRERA, City Attorney

                                      By:  /s/
                                              JAMES F. HANNAWALT
                                              Deputy City Attorney
                                              Attorneys for Defendants
                                              CITY AND COUNTY OF SAN FRANCISCO
                                              AND  SERGEANT DION MCDONNELL

---

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C14-00733 NC

2

**[PROPOSED]  ORDER**

Having considered the stipulation filed by the parties, and good cause appearing, the Court hereby ORDERS that the initial Case Management Conference be continued to September 10, 2014 at 10:00 a.m. with the associated deadlines continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July 22, 2014



IT IS SO ORDERED

Judge Nathanael M. Cousins

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C14-00733 NC

3