DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913 [Hannawalt]
Facsimile:     (415) 554-3837
E-Mail:        james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SGT. DION MCDONNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES, | Case No. CV 14-00733 NC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, CONTRA COSTA COUNTY, SERGEANT DION MCDONNELL, DEPUTY SHERIFF JONES and DOES 1-25, inclusive, | Trial Date:     Not Set |
| Defendants. | |

## STIPULATION

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(e), Plaintiff TRAVIS JONES, by his attorney Kenneth Frucht of the law firm of Geonetta & Frucht, LLP, Defendants CONTRA COSTA COUNTY and JAMES BOSWELL, by their attorney Deputy County Counsel Nima Sohi of the Contra Costa County Counsel's Office, and Defendants CITY AND COUNTY OF SAN FRANCISCO and SERGEANT DION MCDONNELL, by their attorney Deputy City Attorney James Hannawalt of the San Francisco City Attorney's Office, hereby stipulate that the initial case management conference

1  ("CMC") currently scheduled for September 10, 2014, at 10 a.m. should be re-scheduled to
2  December 10, 2014 at 10 am, or to another date more convenient to the court; and that the ADR
3  telephone conference now scheduled for September 2, 2014, should be rescheduled to a date within
4  two weeks before the new CMC date that is convenient to all counsel and the ADR coordinator.

5        Good cause exists to continue the initial CMC, including preparing the Joint CMC Statement
6  and Proposed Order per Civil Local Rule 16-9, and other associated deadlines, because the court has
7  granted Defendants' motions to dismiss with leave to amend and it is anticipated that Plaintiff will file
8  a Second Amended Complaint within the next two weeks, after which Defendants may file further
9  motions or other responsive pleadings.  At the present time there is no operative Complaint and it is
10 anticipated that on September 10, 2014, responsive pleadings may not yet be on file.

11 **SO STIPULATED**.

12 Dated: August 27, 2014

13     DENNIS J. HERRERA
    City Attorney
14     CHERYL ADAMS
    Chief Trial Deputy
15     JAMES F. HANNAWALT
    Deputy City Attorneys

16

17 By: */s/ James F. Hannawalt*
    JAMES F. HANNAWALT
    Attorneys for Defendants
18     CITY AND COUNTY OF SAN FRANCISCO and
    SERGEANT DION MCDONNELL

19

20 Dated: August 27, 2014

    SHARON L. ANDERSON, County Counsel
21

22 By: */s/ Nima Sohi*
    NIMA SOHI
    Attorneys for Defendants
23     CONTRA COSTA COUNTY and DEPUTY JAMES
    BOSWELL
24

25 Dated: August 27, 2014    GEONETTA & FRUCHT, LLP

26

27 By: */s/ Kenneth Frucht*
    KENNETH FRUCHT
    Attorneys for Plaintiff
28     TRAVIS JONES

## [~~PROPOSED~~] ORDER

Having considered the stipulation filed by the parties, and good cause appearing, the court hereby ORDERS that the initial case management conference ("CMC") currently scheduled for September 10, 2014, at 10 a.m. should be re-scheduled to December 10, 2014 at 10 am, or to another date more convenient to the court; and that the ADR telephone conference now scheduled for September 2, 2014, should be rescheduled to a date within two weeks before the new CMC date that is convenient to all counsel and the ADR coordinator.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____August 28, 2014_____

