1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  JAMES F. HANNAWALT, State Bar #139657
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3913 [Hannawalt]
6  Facsimile:    (415) 554-3837
   E-Mail:       james.hannawalt@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO and
9  SGT. DION MCDONNELL

10

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES, | Case No. CV 14-00733 NC |
| Plaintiff, | |
| | STIPULATION AND ORDER AS MODIFIED |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, CONTRA COSTA COUNTY, SERGEANT DION MCDONNELL, DEPUTY SHERIFF JAMES BOSWELL and DOES 1-25, inclusive, | Hearing Date:  April 1, 2015<br>Time:          10 am<br>Place:         US Dist. Ct., Ct.rm A<br>               450 Golden Gate Ave., SF<br>Trial Date:    1/19/16 |
| Defendants. | |

26      WHEREAS, James Hannawalt, DCA counsel for Defendant City and County of San Francisco

27  and Police Sergeant Dion McDonnell is unavailable to attend the April 1, 2015 Further Case

28  Management Conference due to a family commitment,

Stip and [Proposed] Order Re CMC
CASE NO. CV 14-00733                     1                c:\users\harrelll\appdata\local\temp\notes8317b7\00999735.doc

1  The parties stipulate, though their attorneys of record, to continue the Further Case
2  Management Conference for one week until April 8, 2015.

Dated: March 13, 2015

                DENNIS J. HERRERA
                City Attorney

                By: /s/
                JAMES HANNAWALT
                Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated: March 13, 2015

                SHARON L. ANDERSON, County Counsel

                By: /s/
                NIMA E. SOHI, ESQ.
                Attorneys for Defendants
                CONTRA COSTA COUNTY et al

Dated: March 13, 2015

                GEONETTA & FRUCHT, LLP

                By: */s/*
                KENNETH FRUCHT
                Attorneys for Plaintiff
                TRAVIS JONES, Sr.

**<u>ORDER</u>**

Based on the above entered stipulation, the further case management conference in the above-captioned case is continued from April 1, 2015 until April 15, 2015 at 10:00 a.m. in Courtroom 7, 4th Floor, San Jose. Counsel may appear telephonically and must contact the Courtroom Deputy at 408.535.5343 to provide a direct dial number for their appearance.

IT IS SO ORDERED.

Dated: March 16, 2015

_____
THE HONORABLE NATHANAEL COUSINS
UNITED STATES DISTRICT MAGISTRATE JUDGE