DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913 [Hannawalt]
Facsimile:      (415) 554-3837
E-Mail:          james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and
SGT. DION MCDONNELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JONES, | Case No. CV 14-00733 NC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, CONTRA COSTA COUNTY, SERGEANT DION MCDONNELL, DEPUTY SHERIFF JAMES BOSWELL and DOES 1-25, inclusive, | Trial Date:          January 19, 2016 |
| Defendants. | |

**STIPULATION**

Pursuant to Civil Local Rules 6-2, 7-12 and 16-2(e), Plaintiff TRAVIS JONES, by his attorney Kenneth Frucht of the law firm of Geonetta & Frucht, LLP, Defendants CONTRA COSTA COUNTY and JAMES BOSWELL, by their attorney Deputy County Counsel Nima Sohi of the Contra Costa County Counsel's Office, and Defendants CITY AND COUNTY OF SAN FRANCISCO and SERGEANT DION MCDONNELL, by their attorney Deputy City Attorney James Hannawalt of the

1  San Francisco City Attorney's Office, hereby stipulate that the initial case management conference

2  ("CMC") currently scheduled for August 5, 2015, at 10 a.m. should be re-scheduled to September 9,

3  2015 at 10 am, or to another date more convenient to the court.

4      Good cause exists to continue the further CMC, including preparing the Joint CMC Statement

5  and Proposed Order per Civil Local Rule 16-9, and other associated deadlines, because the parties

6  have agreed to a settlement conference with Magistrate Judge Corley that is scheduled for September

7  2, 2015.

8      **SO STIPULATED**.

9  Dated: July 21, 2015

                                DENNIS J. HERRERA
                                City Attorney
                                CHERYL ADAMS
                                Chief Trial Deputy
                                JAMES F. HANNAWALT
                                Deputy City Attorneys

                          By: */s/ James F. Hannawalt*
                                JAMES F. HANNAWALT
                                Attorneys for Defendants
                                CITY AND COUNTY OF SAN FRANCISCO and
                                SERGEANT DION MCDONNELL

Dated: July 21, 2015

                                SHARON L. ANDERSON, County Counsel

                          By: */s/ Nima Sohi*
                                NIMA SOHI
                                Attorneys for Defendants
                                CONTRA COSTA COUNTY and DEPUTY JAMES
                                BOSWELL

Dated: July 21, 2015         GEONETTA & FRUCHT, LLP

                          By: */s/ Kenneth Frucht*
                                KENNETH FRUCHT
                                Attorneys for Plaintiff
                                TRAVIS JONES

**ORDER**

1
2  Having considered the stipulation filed by the parties, and good cause appearing, the court
3  hereby ORDERS that the further case management conference ("CMC") currently scheduled for
4  August 5, 2015, at 10 a.m. should be re-scheduled to September 9, 2015 at 10 a.m. An updated joint
5  case management statement is due September 2, 2015.
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  DATED:   July 21, 2015



_____
HON. NATHANAEL COUSINS
United States Magistrate Judge